# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**ELOIS B. SMITH**                                                                 **PLAINTIFF**

**V.**                                                   **NO. 1:17-CV-35-DMB-DAS**

**MISSISSIPPI STATE UNIVERSITY**                                 **DEFENDANT**

## ORDER CLOSING CASE

On July 3, 2019, a "Stipulation of Dismissal with Prejudice," executed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), was filed in this case. Doc. #77. Accordingly, the Clerk of the Court shall **TERMINATE** all pending motions [60][66][68][70] and **CLOSE** this case.

**SO ORDERED**, this 6th day of September, 2019.

                                                         **/s/Debra M. Brown**
                                                         **UNITED STATES DISTRICT JUDGE**